**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| David Kaufman,<br><br>    Plaintiff,<br><br>v.<br><br>Warner Bros. Entertainment, Inc., Warner Bros. Consumer Products, Inc.; DC Entertainment, Inc.; Twentieth Century Fox Television, Inc.; Twentieth Century-Fox International Corporation, Inc.; Licensing Corporation of America, Inc.<br><br>    Defendants. | **Case No.** _____<br><br>**SUMMONS** |

TO:

DC Entertainment, Inc.
Attn:  Annon Mizrahi
16255 Ventura Blvd., Suite 700
Encino, CA 91436

A lawsuit has been filed against you.  Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**LAW OFFICES OF DONALD W. HUDSPETH, P.C.**
Janae A. Perry-Meier (031519)
3200 N. Central Avenue, Suite 2500
Phoenix, Arizona 85012
(602) 265-7997 Phone

Court@azbuslaw.com
*Attorneys for Plaintiffs*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

You also must file your answer or motion with the court.

                CLERK OF COURT

Date:                 _____

                Signature of Clerk or Deputy Clerk

**ISSUED ON 3:54 pm, Jul 08, 2016**
**s/ Brian D. Karth, Clerk**