**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| David Kaufman,<br><br>        Plaintiff,<br><br>v.<br><br>Warner Bros. Entertainment, Inc., Warner Bros. Consumer Products, Inc.; DC Entertainment, Inc.; Twentieth Century Fox Television, Inc.; Twentieth Century-Fox International Corporation, Inc.; Licensing Corporation of America, Inc.<br><br>        Defendants. | Case No. _____<br><br><br>**SUMMONS** |

TO:

Twentieth Century Fox Television, Inc.
818 West 7th Street Suite 930
Los Angeles, CA 90017

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**LAW OFFICES OF DONALD W. HUDSPETH, P.C.**
Janae A. Perry-Meier (031519)
3200 N. Central Avenue, Suite 2500
Phoenix, Arizona 85012
(602) 265-7997 Phone
Court@azbuslaw.com
*Attorneys for Plaintiffs*

-1-

-2-

1  If you fail to respond, judgment by default will be entered against you for the relief
2  demanded in the complaint.

3  You also must file your answer or motion with the court.

4                      CLERK OF COURT

5  Date:             _____

6                      Signature of Clerk or Deputy Clerk

**ISSUED ON 3:55 pm, Jul 08, 2016**
**s/ Brian D. Karth, Clerk**