WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Kaufman, | No. CV-16-02248-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| Warner Bros. Entertainment Incorporated, et al., | |
| Defendants. | |

"Inquiring whether the court has jurisdiction is a federal judge's first duty in every case." *Belleville Catering Co. v. Champaign Market Place, L.L.C.*, 350 F.3d 691, 693 (7th Cir. 2003). Further, the Court must assess its subject matter jurisdiction at the time the complaint filed. *See Grupo Dataflux v. Atlas Global Group, L.P.*, 541 U.S. 567, 570-71 (2004).

Here, the original complaint (Doc. 1) fails to sufficiently plead jurisdiction. Specifically, it fails to allege a principal place of business for any of the six Defendant corporations. *See Hertz Corp. v. Friend*, 559 U.S. 77, 80, 92-93 (2010) (discussing the citizenship of a corporation).

Accordingly,

/ / /

/ / /

/ / /

/ / /

1 **IT IS ORDERED** that by February 23, 2017, Plaintiff shall file a supplement to the original complaint properly alleging diversity jurisdiction at the time the case was filed, or this case will be dismissed for lack of federal subject matter jurisdiction.

Dated this 16th day of February, 2017.

James A. Teilborg
Senior United States District Judge