**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Kaufman, | No. CV-16-02248-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| Warner Bros. Entertainment Incorporated, et al., | |
| Defendants. | |

Several motions are pending before the Court. One such motion is Plaintiff's "Motion for Reconsideration" of this Court's summary judgment order. (Doc. 88). Plaintiff does not cite what Rule he moves under. The Court is hesitant to guess which Rule Plaintiff intended to move under because selecting which Rule has significant consequences regarding when an appeal is due.[1] However, Plaintiff puts the Court and Defendant in a difficult position because the various Rules have different response obligations and governing legal standards. *Compare* LR Civ. 7.2(i) *and Motorola, Inc. v. J.B. Rogers Mechanical Contractors, Inc.,* 215 F.R.D. 581, 586 (D. Ariz. 2003) *with* Fed. R. Civ. P. 59(e) *and McQuillion v. Duncan*, 343 F.3d 1012, 1014 (9th Cir. 2003); *see also* Fed. R. Civ. Pro. 60(b). Against this background, the Court will not speculate as to which Rule Plaintiff intended to move under; however, the Court will order Defendant to respond. Therefore,

**IT IS ORDERED** that Defendant shall respond to the "motion for

---
[1] *See* Fed. R. App. P. 4(a)(4)(A).

| 1 | reconsideration" by November 13, 2018. Any reply is due within 7 days of when the |
| 2 | response is filed. |

**IT IS FURTHER ORDERED** that the motion for extension of time to file a response to the pending motion for attorney's fees (Doc. 105) is granted to the extent that the response filed at Doc. 106 (plus the two erratas) is deemed to be timely.

**IT IS FINALLY ORDERED** that the motion for extension of time to file a reply in support of the motion for attorney's fees (Doc. 109) is granted to the extent that the reply is due by November 8, 2018.

Dated this 31st day of October, 2018.

_____
James A. Teilborg
Senior United States District Judge